UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANK R. GONZALEZ,

    Plaintiff,

 v.

NANCY A BERRYHILL,

    Defendant.

CASE NO. C17-5286 BAT

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

  The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkts. 1–2, and **ORDERS**:

  (1) Plaintiff shall be issued summonses and be provided with a Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

  (2) Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in Amended General Order 04-15 and General Order 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

  DATED this 17th day of April, 2017.

                    BRIAN A. TSUCHIDA
                    United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1