UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK R. GONZALEZ, | CASE NO. C17-5286 BHS |
| Plaintiff, | ORDER ADOPTING REPORT |
| v. | AND RECOMMENDATION |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation ("R&R")
of the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. 15. The Court
having considered the R&R and the remaining record, and no objections having been
filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**.

(2)    Defendant's decision is **AFFIRMED** and the case is **DISMISSED with
prejudice**.

Dated this 11th day of September, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER